UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| INNOVATIVE CONCEPT GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:03-CV-549 |
| ) | (PHILLIPS/GUYTON) |
| FOOD SALES OF TENNESSEE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter came before the Court on December 20, 2005 for a telephone conference hearing on a discovery dispute. Attorney Shelley Wilson represented the plaintiff. Attorney John Quinn represented the defendants.

The plaintiff requested reconsideration and/or clarification of the Court's earlier Memorandum And Order [Doc. 81] on this dispute. After hearing from counsel, the Court concluded that it had misunderstood the facts relevant to the dispute, and as a result, that the earlier ruling should be amended.

Accordingly, the Court **ORDERS** that its earlier Memorandum And Order [Doc. 81] is hereby **AMENDED**, and the plaintiff may take a total of twenty-four (24) depositions. Further leave from the Court to take any depositions beyond that number will require a strong showing of good cause.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge