IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| INNOVATIVE CONCEPT GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. : 3:03-cv-549 |
| vs. ) | JUDGE PHILLIPS |
| ) | MAGISTRATE GUYTON |
| FOOD SALES EAST TENNESSEE, INC., ) | |
| ) | |
| FOODSALES TENNESSEE, INC., ) | |
| formerly known as Food Sales of Tennessee, Inc., ) | |
| ) | |
| RANDALL SANDERS, individually, ) | |
| ) | |
| DAVID TIMOTHY O'CONNOR, individually. ) | |
| ) | |
| Defendants. ) | |

## ORDER ON PLAINTIFF'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

This matter came before the Court pursuant to the Motion filed by the Plaintiff, Innovative Concept Group, Inc. ("Innovative"), to file certain documentation under seal in support of its Response to Defendants' Motions for Summary Judgment. For good cause shown and for the reasons outlined in Plaintiff's Motion, the Court is of the opinion that the motion is well taken and should be granted. Accordingly, it is hereby

**ORDERED** that the following documents shall be filed under seal: (1) Composite Exhibits A-3 and A-4 of the Affidavit of Shelly L. Wilson; (2) Composite Exhibit D of the Affidavit of Shelly L. Wilson; (3) Composite Exhibit E of the Affidavit of Shelly L. Wilson; (4) Affidavit of Robert E. McCormick, and Report attached thereto; (5) Page 24 to Plaintiff's Memorandum of Law in Support of Its Response in Opposition to Defendants' Motions for Summary Judgment; (6) Plaintiff's Responses to Defendant, Foodsales Tennessee, Inc.'s

Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment, and exhibits thereto; and (7) Plaintiff's Responses to Defendant, Food Sales East Tennessee, Inc.'s Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment, and exhibits thereto.

Entered this 2ND day of Aug., 2006.

/s/ Thomas W. Phillips
Thomas W. Phillips
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


/s/ Shelly L. Wilson
Shelly L. Wilson, BPR NO. 019935
J. Douglas Overbey, BPR No. 6711
**Robertson, Overbey, Wilson & Beeler**
703 Riverview Tower
900 South Gay Street
Knoxville, Tennessee 37902-1823
(865)521-3010

William D. Mitchell, Esq.
101 East Kennedy Blvd., Suite 3010
Tampa, FL  33602
(813) 223-1959

Attorneys for Innovative Concept Group, Inc.

2